**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DARREN BINES,**

       **Plaintiff,**

**v.**                            **Case No.  4:17cv462-MW/CAS**

**STATE OF FLORIDA
and
GREGORY J. CUMMINGS,**

       **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING
<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report

and Recommendation.  ECF No. 9   Upon consideration, no objections having been

filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's

opinion.  The Clerk shall enter judgment stating, "Plaintiff's civil rights complaint,

ECF No. 1, is **DISMISSED** for failure to state a claim upon which relief may be

granted pursuant to 28 U.S.C. § 1915(e)(2).  The Clerk shall note on the docket

1

that this cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)." The Clerk

shall close the file.

     **SO ORDERED on June 11, 2018.**

                    **s/Mark E. Walker** ____
                    **United States District Judge**